PS-8
8/88

# UNITED STATES DISTRICT COURT

for

EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

**U.S.A. vs. Julie L. Sullivan**                                    **Docket No.  5:12-MJ-1180-1**

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Mindy L. Threlkeld, probation officer of the court, presenting an official report upon the conduct of defendant, Julie L. Sullivan, who was placed under pretrial release supervision by the Honorable James E. Gates, U.S. Magistrate Judge, sitting in the Court at Fayetteville, NC, on the 10th day of April, 2012, under the following conditions:

- Report to the probation office or supervising officer as directed.

- Avoid all contact, directly or indirectly, with any persons who are or who may become a victim or potential witness in the subject investigation or prosecution, including but not limited to: the minor who is the subject of Count 2.

- Refrain from excessive use of alcohol.

- Refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

- Submit to any testing required by the pretrial services office or the supervising officer to determine whether the defendant is using a prohibited substance.  Any testing may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing.  The defendant must refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or monitoring which are required as a condition of release.

- Must report any contact with Law Enforcement to Probation.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant could benefit from substance abuse and mental health counseling and it is recommended that these conditions be added to her existing conditions of pretrial release.  The defendant has signed a waiver agreeing to the proposed modification of her pretrial release.

Julie L. Sullivan
Docket No. 5:12-MJ-1180-1
Petition For Action
Page 2

**PRAYING THAT THE COURT WILL ORDER** that the conditions of pretrial release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the order of pretrial release shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert L. Thornton | /s/Mindy L. Threlkeld |
| Robert L. Thornton | Mindy L. Threlkeld |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 310 Dick Street |
| | Fayetteville, NC 28301-5730 |
| | Phone: (910) 483-8613 |
| | Executed On: April 17, 2012 |

**ORDER OF COURT**

Considered and ordered this 17th day of April, 2012, and ordered filed and made a part of the records in the above case.

/s/ James E. Gates
James E. Gates
United States Magistrate Judge